**POTOMAC LAW GROUP, PLLC**
Susan M. Sajadi (NY Reg. 4438461)
Janet F. Satterthwaite (*pro hac vice* forthcoming)
Elissa Brockbank Reese (*pro hac vice* forthcoming)
1717 Pennsylvania Ave NW,
Suite 1025
Washington DC 20006
Tel: (917) 238-0990
ssajadi@potomaclaw.com
tm@potomaclaw.com
jsatterthwaite@potomaclaw.com
ereese@potomaclaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEADFAST FINANCIAL LP
and
STEADFAST CAPITAL MANAGEMENT LP,

                  Plaintiff,

        -against-

STEADFAST EQUITY HOLDINGS LLC
and
STEADFAST EQUITY INC.

                Defendant.

**FILED UNDER SEAL SUBJECT TO PENDING MOTION**

Case No. 26-CV-3322

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR *EX PARTE* ALL WRITS ORDER TO FREEZE DEFENDANTS'**
**DOMAIN NAME REGISTRATIONS**

The Court, having reviewed the Steadfast Plaintiffs' *ex parte* Motion for an Order under

the All Writs Act and/or Rule 65(d) and papers submitted in support of same under seal (the

"AWA" Motion"), as well as the Motion to file the Complaint, the AWA Motion and related

papers under seal, finds that the preliminary relief requested by the Steadfast Plaintiffs is

necessary and appropriate given the circumstances of this case.  The Court agrees that there is a

1

well-founded risk that Defendants will attempt to transfer the relevant domain names from the current registrar to non-party registrars outside of the United States upon notice of this lawsuit. Accordingly, an order directing NameCheap to temporarily freeze the relevant domain names is warranted. For similar reasons, the Court agrees that it is appropriate to seal this case and all filings therein until NameCheap freezes the domain names.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiffs' motion to file under seal is granted.

2. NameCheap, Inc., is directed to freeze the registrations for the domain names steadfastequity.com and steadfastequity.net, such that they cannot be transferred to another registrant, within five days of receipt of this Order by courier, and to maintain them as frozen until released by further order of the Court or authorization from Plaintiffs' counsel.

3. NameCheap, Inc. is further directed to provide proof that these registrations have been frozen to counsel for Plaintiffs.

4. NameCheap, Inc. is further directed to keep the terms of this Order confidential, in particular from Defendants, until the registrations are frozen.

5. This Order may be served by email to legal@namecheap.com with a copy served by courier to NameCheap Legal Department, 4600 East Washington Street, Suite 300, Phoenix AZ 85034.

6. In the event that NameCheap, Inc, is unable or unwilling to freeze the domain names, then Verisign, Inc., the registry, is directed to transfer the registrations to Plaintiffs' preferred registrar, GoDaddy.com, LLC, and GoDaddy is directed to freeze them.

7.      Once Counsel for Plaintiff has been advised that the registrations are frozen,

Counsel shall promptly proceed to unseal all sealed filings in this matter.

ENTERED THIS ___ DAY OF APRIL, 2026

U.S. District Court Judge
for the Southern District of New York

3