USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEADFAST FINANCIAL LP, ET AL.,

Plaintiffs,

-v-

STEADFAST EQUITY HOLDINGS LLC, ET AL.,

Defendants.

**ORDER**

26-CV-3322 (LAP)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated July 27, 2026, this case was referred to the undersigned for settlement. ECF No. 40.

A conference is scheduled on **August 5, 2026,** at **3:30 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 523 582 330#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge