USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEADFAST FINANCIAL LP, ET AL.,

Plaintiffs,

-v-

STEADFAST EQUITY HOLDINGS LLC, ET AL.,

Defendants.

**ORDER**

26-CV-3322 (LAP)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' request to allow an individual to participate in the settlement conference by telephone. ECF No. 50. The request is **GRANTED**. The undersigned's deputy will contact Defendants' counsel with instructions on joining the settlement conference by telephone.

**SO ORDERED.**

Dated: September 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge